# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                 :   NO. 305

APPOINTMENT TO THE APPELLATE :   APPELLATE COURT RULES DOCKET
COURT PROCEDURAL RULES     :
COMMITTEE                :

## ORDER

**PER CURIAM**

      **AND NOW**, this 10th day of May, 2023, D. Alicia Hickok, Esquire, Philadelphia, is hereby appointed as a member of the Appellate Court Procedural Rules Committee for a term of six years, commencing July 1, 2023.